DETROIT MORTGAGE & REALTY COMPANY *v*. ROGERS

Appeal from Oakland, Adams (Clark J.), J. Submitted Division 2 November 8, 1968, at Lansing. (Docket No. 3,106.)   Decided December 19, 1968.

Complaint by Detroit Mortgage and Realty Company against Stephen D. Rogers, Leslie L. Rogers, Alan Ginsburg, and Harriet Ginsburg, for commission for obtaining a loan for construction purposes. Judgment for plaintiff. Defendants appeal. Affirmed.

*Paul C. Gracey,* for plaintiff.

*James G. Hartrick (William R. Vander Kloot,* of counsel), for defendants.

PER CURIAM.   Defendants proposed to construct apartment buildings in Bloomfield Township, Michigan, and negotiated with plaintiff to secure a loan to finance construction.   Defendants agreed to pay plaintiff $6,400 for obtaining a commitment from a lender.   After plaintiff secured a commitment from a lender, defendants refused to consummate the loan.   Plaintiff brought suit for the contract price as the fair value of its services, and plaintiff recovered a judgment for $6,400.   Defendants appeal.

An examination of the records and briefs discloses no prejudicial error.

Affirmed with costs to plaintiff.

McGREGOR, P. J., and QUINN and LETTS, JJ., concurred.